DATE: 5/ 2/2014    AT: 2:30

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: 12-2634

TITLE: IADEVAIO -V- OSHKOSH AIRPORT PRODUCTS

APPEARANCES:

FOR PLAINTIFF(S): SCOTT ACKERMAN

FOR DEFENDANT(S): MARYBETH PRIORE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 02 2014 ★

LONG ISLAND OFFICE

REPORTER: S. PICOZZI

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY _____ |
| | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| | NEXT CONFERENCE SET FOR _____ |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| X | MOTION TO BE FILED BY 5/23/2014; RESPONSE BY 6/ 6/2014; REPLY BY 6/13/2014. |
| | JURY SELECTION SET FOR __/ /2014 AT 9:30AM BY LAW CLERK |
| | TRIAL SET FOR _____ |
| X | OTHER: AS RULED ON THE RECORD, THE COURT ADOPTS [23] REPORT & RECOMMENDATION IN ITS ENTIRETY, GRANTING [22] DEFENSE MOTION TO EXCLUDE PLAINTIFF FROM OFFERING EXPERT TESTIMONY. MOTION [26] FOR PRE-MOTION CONFERENCE IS GRANTED. |